UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

BRIAN DEWAYNE SMELLEY,

    Debtor.

_____/

Case No. 20-42656-mar
Chapter 7
Hon. Mark A. Randon

## SECURED CREDITOR AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Secured Creditor AmeriCredit Financial Services, Inc., d/b/a GM Financial, pursuant to Section 362 of the United States Bankruptcy Code, moves this honorable Court for entry of an order granting it relief from the automatic stay and, in support thereof, says as follows:

1. Debtor initially filed this bankruptcy as a Chapter 13 case on February 25, 2020 and it was subsequently converted to a Chapter 7 case on March 26, 2021. At the time of filing, Debtor was indebted to Secured Creditor on a 2014 Ford Focus motor vehicle loan. The current balance on the loan is $14,373.19 and the current arrearage on the loan is $3,455.66; photocopies of the Retail Installment Contract and RD-108 evidencing the lien are marked as composite Exhibit A and attached hereto.

2. Under the terms of the contract, monthly payments are to be made to Secured Creditor. Prior to the filing of the bankruptcy, Debtor defaulted under the terms of the contract by failing to make the payments due and Debtor is currently in default under the terms of the contract with Secured Creditor.

3. The NADA retail value of the 2014 Ford Focus is $13,600.00; a photocopy of the NADA valuation is marked as part of composite Exhibit A and attached hereto.

4. Secured Creditor is entitled to an order granting it relief from the automatic stay with regard to the aforementioned vehicle because there is no equity in the vehicle, the Debtor has not provided adequate protection, nor offered to provide adequate protection, to Secured Creditor, the vehicle is not necessary to Debtor's reorganization, the Debtor is in default under the terms of the contract with Secured Creditor, and the Debtor has not reaffirmed the loan, redeemed the vehicle, nor surrendered the vehicle. Also, upon information and belief, Debtor is not maintaining full insurance coverage on the vehicle.

5. Before filing this Motion, Creditor sought the concurrence of the Debtor and the Trustee, but concurrence has not been granted or Debtor has, and/or the Trustee has, not responded to the request.

WHEREFORE, Secured Creditor AmeriCredit Financial Services, Inc., d/b/a GM Financial, prays that this honorable Court grant its Motion and enter an order granting it relief from the automatic stay to exercise its lien and secured rights against the 2014 Ford Focus, including repossession and sale of the same, and that the order shall be effective immediately notwithstanding the provisions of Fed.R.Bankr.P. 4001(a)(3), and for such other and further relief as may be appropriate under the circumstances.

Date: April 22, 2021

/s/ S. Thomas Padgett
S. Thomas Padgett (P31748)
DeBrincat, Padgett, Kobliska & Zick
Attorney for Creditor
34705 W. Twelve Mile Rd., Suite 311
Farmington Hills, MI 48331
(248) 553-4333
Michiganlawyer@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

BRIAN DEWAYNE SMELLEY,                    Case No. 20-42656-mar
                                          Chapter 7
Debtor.                                   Hon. Mark A. Randon
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS MATTER having come before the Court on Secured Creditor AmeriCredit Financial Services, Inc., d/b/a GM Financial's Motion for Relief from the Automatic Stay, the Motion having been served on the Debtor, Debtor's counsel, and the Chapter 7 Trustee, and the Court being otherwise fully advised in the premises; IT IS ORDERED:

1. Secured Creditor AmeriCredit Financial Services, Inc., d/b/a GM Financial, is hereby granted relief from the automatic stay to pursue relief that may be available to it pursuant to applicable law and the terms and provisions of the contract for Debtor's purchase of one 2014 Ford Focus motor vehicle, vehicle identification number 1FADP3L93EL397790, including repossession and sale of the vehicle.

2. The entry of this Order shall be effective immediately notwithstanding the provisions of Fed.R.Bankr.P. 4001(a)(3). All other terms and provisions of the automatic stay shall remain in full force and effect.

                                          _____
                                                 U.S. Bankruptcy Judge

Order prepared by:

_____
S. Thomas Padgett (P31748)
Attorney for Creditor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

BRIAN DEWAYNE SMELLEY,   Case No. 20-42656-mar
                          Chapter 7
    Debtor.   Hon. Mark A. Randon
_____/

Address: 2691 E. Walton Blvd.
         Auburn Hills, MI 48326

Last four digits of Social Security No.: 8778

### NOTICE OF FILING OF SECURED CREDITOR'S MOTION
### FOR RELIEF FROM THE AUTOMATIC STAY

    Secured Creditor AmeriCredit Financial Services, Inc., d/b/a GM Financial, has filed papers with the court seeking relief from the automatic stay.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

    If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, within 14 days from the date of this Notice, you or your attorney must:

    1. File with the court a written response or an answer, explaining your position at[1]:

        United States Bankruptcy Court
        211 W. Fort St.
        Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

    You must also mail a copy to:

S. Thomas Padgett, Esquire
DeBrincat, Padgett, Kobliska & Zick
34705 W. Twelve Mile Rd., Suite 311
Farmington Hills, MI 48331

Stephen Parker, Esquire      Homer W. McClarty
Attorney for Debtor      Chapter 7 Trustee
35 West Huron, Ste. 302      19785 W. 12 Mile Rd., Ste. 331
Pontiac, MI 48342      Southfield, MI 48076

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: April 22, 2021

_____
S. Thomas Padgett (P31748)
DeBrincat, Padgett, Kobliska & Zick
Attorney for Creditor
34705 W. Twelve Mile Rd., Suite 311
Farmington Hills, MI 48331
(248) 553-4333
Michiganlawyer@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

BRIAN DEWAYNE SMELLEY,　　　　　　　　Case No. 20-42656-mar
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor.　　　　　　　　　　　　　　Hon. Mark A. Randon
_____/

### MEMORANDUM OF LAW IN SUPPORT OF SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

In support of its Motion, Secured Creditor AmeriCredit Financial Services, Inc., d/b/a GM Financial relies upon the provisions of Section 362 of the United States Bankruptcy Code.

Date: April 22, 2021　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　S. Thomas Padgett (P31748)
　　　　　　　　　　　　　　　　　　　　　DeBrincat, Padgett, Kobliska & Zick
　　　　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　　　　34705 W. Twelve Mile Rd., Suite 311
　　　　　　　　　　　　　　　　　　　　　Farmington Hills, MI 48331
　　　　　　　　　　　　　　　　　　　　　(248) 553-4333
　　　　　　　　　　　　　　　　　　　　　Michiganlawyer@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

IN RE:

BRIAN DEWAYNE SMELLEY,                    Case No. 20-42656-mar
                                          Chapter 7
    Debtor.                              Hon. Mark A. Randon
_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 22, 2021, true and correct copies of Secured Creditor AmeriCredit Financial Services, Inc., d/b/a GM Financial's Motion for Relief from the Automatic Stay, Memorandum of Law, Notice of Filing of Motion, Statement Regarding Corporate Ownership and proposed Order were served upon the following party electronically:

Stephen Parker, Esquire                 Homer W. McClarty
Attorney for Debtor                      Chapter 7 Trustee
35 West Huron, Ste. 302               19785 W. 12 Mile Rd., Ste. 331
Pontiac, MI 48342                       Southfield, MI 48076

and upon the following party by depositing said copies in the U.S. Mail, postage prepaid:

Brian Smelley, Debtor
2691 E. Walton Blvd.
Auburn Hills, MI 48326

Dated: April 22, 2021                      /s/ S. Thomas Padgett
                                         S. Thomas Padgett (P31748)
                                         DeBrincat, Padgett, Kobliska & Zick
                                         Attorney for Creditor
                                         34705 W. Twelve Mile, Ste. 311
                                         Farmington Hills, MI 48331
                                         (248) 553-4333
                                         Michiganlawyer@aol.com

Dealer Number A-002899  Contract Number _____

| Buyer Name and Address (including County and Zip Code) | Co-Buyer Name and Address (including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| BRIAN DEWAYNE SMELLEY<br>6417 HARRIET DR<br>WATERFORD, MI 48327 OAKLAND CO | N/A<br>N/A<br>N/A | RANDY WISE FORD INC<br>960 S Ortonville Rd<br>Ortonville, MI 48462 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2014 | FORD FOCUS | 49,468 | 1FADP3L93EL397792 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $1,048.00 |
|---|---|---|---|---|
| 15.950 % | $ 10,127.88 | $ 17,762.04 | $ 27,889.92 | $ 28,937.92 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 387.36 | Monthly beginning 03/15/18 |

Or As Follows:

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of $___ or ___% of this part of the payment that is late, whichever is greater.
Prepayment. If you pay off all your debt early, you will not have to pay a penalty.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED** (Seller may keep part of the amounts paid to others.)

Cash Price
A Taxable Part of Cash Price
- to Seller for Vehicle ... $15,000.00
- to Seller for Accessories and Installation Charges ... N/A
- to Seller for Document Preparation Fee ... 218.00
- to N/A for N/A ... N/A
- to N/A for N/A ... N/A
- to N/A for N/A ... N/A
- to N/A for N/A ... N/A
- Total Taxable Part of Cash Price ... $15,218.00
B To Government Agencies for Sales Tax ... 914.04
C Non-Taxable Part of Cash Price
- to N/A for N/A ... N/A
- to N/A for N/A ... N/A
- to N/A for N/A ... N/A
- to N/A for N/A ... N/A
- Total Non-Taxable Part of Cash Price ... N/A
Total Cash Price ... $16,124.04 (1)

Total Downpayment =
Trade in N/A (Year) (Make) (Model)
Gross Trade in Allowance ... N/A
Less Pay Off Made By Seller ... N/A
Equals Net Trade In ... N/A
+ Cash ... $1,048.00
+ Other ... N/A
(If total downpayment is negative, enter "0" and see 4H below)
Total Downpayment ... $1,048.00 (2)
Unpaid Balance of Cash Price (1 minus 2) ... $15,076.04 (3)

Other Charges Including Amounts Paid to Others on Your Behalf
A Cost of Optional Credit Insurance Paid to Insurance
  Company or Companies
  Life ... N/A
  Disability ... N/A
B Other Optional Insurance Paid to Insurance Company or Companies ... N/A
C Optional Gap Contract ... 595.00
D Official Fees Paid to Government Agencies ... N/A
E Government Taxes Not Included in Cash Price ... N/A
F Government License Fees and/or Registration Fees ... 72.00
G Government Certificate of Title Fees ... 15.00
H Prior Credit or Lease Balance Paid to ___ ... N/A
I Other Charges (Seller must identify who is paid and describe purpose.)
  to CNA VEHICLE SER for SERVICE CONTRACT ... 1,805.00
  to N/A for N/A ... N/A
  to N/A for N/A ... N/A
  to WISE CARE for WISE CARE ... 99.00
  to N/A for N/A ... N/A
  to N/A for N/A ... N/A
  to N/A for N/A ... N/A
  to N/A for N/A ... N/A
Total Other Charges and Amounts Paid to Others on Your Behalf ... $2,686.00 (4)
Amount Financed - Principal Balance (3 + 4) ... 17,762.04 (5)
Finance Charge ... 10,127.88 (6)
Total of Payments - Time Balance ... 27,889.92 (7)
Payment Schedule: The total of scheduled payments will be 72 installments of $ 387.36 each, monthly beginning 03/15/18.

**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
Credit Life $ N/A Term N/A
Credit Disability $ N/A Term N/A
Insurance Company Name N/A
Home Office Address N/A

**Other Optional Insurance**
Type of Insurance N/A N/A
Premium $ N/A Term N/A
Insurance Company Name N/A
Home Office Address N/A

Type of Insurance N/A N/A
Premium $ N/A Term N/A
Insurance Company Name N/A
Home Office Address N/A

X N/A  Buyer Signature  N/A Date
X N/A  Co-Buyer Signature  N/A Date

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4C of the Itemization of Amount Financed. See your gap contract for details of the terms and conditions it provides. It is a part of this contract.
Term 72 Mos. CNA GAP  Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X [signature]

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X [signature]  Co-Buyer Signs X N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

Warning: The insurance afforded hereunder does not cover liability for injury to persons or damage to property of others, unless so indicated hereon.

Notice To Buyer: Do not sign this contract in blank. You are entitled to 1 true copy of the contract you sign without charge. Keep it to protect your legal rights.

Buyer Signs X [signature]  Date 01/29/18  Co-Buyer Signs X N/A  Date N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X N/A  Address N/A
Seller signs RANDY WISE FORD INC  Date 01/29/18  By X [signature]  Title ___

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X [signature]  Date 01/29/18  Co-Buyer Signs X N/A  Date N/A

Seller assigns its interest in this contract to AMERICREDIT FINANCIAL SERVICES (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse.  ☐ Assigned without recourse.  ☐ Assigned with limited recourse.
By ___  RANDY WISE FORD INC  Title ___

EXHIBIT A

# Receipt for RD-108 Dealer Transaction

| Validation: |
| --- |
| 02012018 MC G032 603 0730 991.04 |
| 603G0320730    049468 A |
| *S.I. RECORDED* |

**Dealer**
RANDY WISE FORD

**Address**
968 S ORTONVILLE RD

**City**
ORTONVILLE, MI 48462

**Dealer License No.**
A2889

**Odometer**
049468 A

A = Actual mileage
B = Not actual mileage
C = Exceeds mechanical limits of odometer

| Plate No. | Expires on | Months |
| --- | --- | --- |
| DVG3062 | 07/05/2018 | 06 |

| Year | Make | Body Style | Code | County |
| --- | --- | --- | --- | --- |
| 2014 | FORD | 4D | 01 | 63 |

| Vehicle No. | Fee Cat. or Wt. | License Fee |
| --- | --- | --- |
| 1FADP3L93EL397790 | 000024 | 62.00 |

Driver License No/PIDs of All Owners/Lessees

Title: 15.00
Title Late Fee: 0.00

**Complete Name(s) and Address(es) of All Owners or Lessors**
BRIAN DEWAYNE SMELLEY
6417 HARRIET DR
WATERFORD, MI 48327

Tax: 914.04
Transfer Fee: 0.00
Total: 991.04

**Complete Name(s) and Address(es) of Lessees**
NONE

**Transaction Type:**
TRANS TITLE/ORIG PLATE    MI
603C3050221                NO

Full Rights to Survivor: N

Error/Flash Condition:

Error/Flash Approval Reason:

**First Secured Interest**
AMERICREDIT FINANCIAL SERVICES
PO BOX 1510
COCKEYSVILLE, MD 21030

Filing Date: 01/29/2018

**Second Secured Interest**
NONE

Filing Date:

**Purchase Price of Vehicle**
15000.00

**Dealer Comment:**
TAB NUMBER: 5707620



## Vehicle Information

| | |
|---|---|
| Vehicle: | 2014 Ford Focus Hatchback 5D ST 2.0L I4 Turbo |
| Region: | Central |
| Period: | April 20, 2021 |
| VIN: | 1FADP3L93EL397790 |
| Mileage: | 97,500 |
| Base MSRP: | $24,115 |
| Typically Equipped MSRP: | $24,450 |

## NADA Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Monthly | | | | |
| Trade-In | | | | |
| Rough | $9,050 | N/A | N/A | **$9,050** |
| Average | $10,125 | N/A | N/A | **$10,125** |
| Clean | $10,975 | N/A | N/A | **$10,975** |
| | | | | |
| Clean Loan | $9,900 | N/A | N/A | **$9,900** |
| Clean Retail | $13,600 | N/A | N/A | **$13,600** |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Bluetooth Connection | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body |
| Fog Lights | w/body | w/body |
| Steering Wheel Mounted Audio Controls | w/body | w/body |